

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

UNITED STATES OF AMERICA, et al.
                     Plaintiffs,

-vs-

NOVARTIS AG, et al.,

                     Defendants.

-----------------------------------------------------------

**ORDER OF ADMINISTRATIVE CLOSURE**

CV-04-4265  (NGG)

GARAUFIS, J.

     ORDERED that for purposes of administrative and statistical control only, the Clerk of the Court shall mark the case closed. It may be redesignated as open by a motion in this pending case.

SO ORDERED.

s/Nicholas G. Garaufis
------------------------------
NICHOLAS G. GARAUFIS, U.S.D.J.

DATED: Brooklyn, N.Y.
          October 31, 2005